## Logie, Appellant, *v.* Abington Memorial Hospital, et al.

Submitted September 12,

1975. *Jean B. Green,* and *Waters, Fleer, Cooper and Gallager,* for appellant; *John A. Lord,* and *High, Swartz, Roberts & Seidel,* for appellees.

Order affirmed.